UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ROMEO CARRILLO SALES,

Petitioner,

v.

JOHN ARCHAMBEAULT, Field Office Director, United States Immigration and Customs Enforcement, et. al.

Respondents.

Case No.: 26-cv-1948-BJC-BLM

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS IN PART**

On March 27, 2026, Petitioner Romeo Carrillo Sales, a citizen of Guatemala, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. He contends he was detained for two days in April 2018 after entering without inspection. *Id*. ¶ 17. He further contends he was taken into custody by Immigration and Customs Enforcement ("ICE") on March 11, 2026, and ICE is improperly treating him as an arriving alien subject to mandatory detention under 8 U.S.C. § 1225. *Id*. ¶¶ 16, 18. He seeks immediate release. *Id* at 32.

On April 9, 2026, Respondents filed a return contending they do not oppose the petition, in light of the Court's prior decisions in actions addressing similar issues under the applicability of § 1225. ECF No. 4. However, they argue an individualized bond

26-cv-1948-BJC-BLM

hearing is the appropriate relief. *Id*. at 2. Petitioner filed a traverse on April 10, 2026, in which he argues immediate release is the only appropriate relief. ECF No. 5. The Court finds a bond hearing, rather than release, is the appropriate remedy.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus in part. Respondent shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. Petitioner's request for attorneys' fees and costs is DENIED without prejudice to Petitioner filing an appropriate application for fees. The petition is otherwise denied. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: April 24, 2026

Honorable Benjamin J. Cheeks
United States District Judge

26-cv-1948-BJC-BLM