

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Romeo Carrillo Sales

**Plaintiff,**

V.

John Archambeault Field Office Director,
U.S. Immigration and Customs
Enforcement

**Defendant.**

**Civil Action No.** 26-cv-01948-BJC-BLM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants the petition for a writ of habeas corpus in part. Respondent shall hold a bond hearing within fourteen days of this order and cannot deny bond at the hearing based on 8 U.S.C. § 1225. Respondents are enjoined from transferring Petitioner before a bond hearing takes place.

**Date:**      4/24/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ S. Tweedle

S. Tweedle, Deputy